UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-575 (JDB) |
| : | |
| **DAVID JOHN LESPERANCE, CASEY** : | |
| **CUSICK, and JAMES VARNELL** : | |
| **CUSICK, JR.,** : | |
| : | |
| **Defendants.** : | |

# ORDER

Upon consideration of the defendants' motion to transfer venue (ECF No. 46), it is hereby

ORDERED that the motion is DENIED.

Dated this _____ day of February 2023.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA