IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DAVID JOHN LESPERANCE, CASEY CUSICK, and JAMES VARNELL CUSICK, JR.,<br><br>**Defendants.** | Criminal No.:  1:21-cr-575 (JDB)<br><br>**DEFENDANTS LESPERANCE et. Al's CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO GOVERNMENT'S MOTIONS** |

Defendants David John Lesperance, Casey Cusick, and James Varnell Cusick, Jr., with the United States' consent, hereby moves for a 7-day extension of time for Defendants to file their replies to the Government's opposition. The current reply deadline is March 6, 2023.

WHEREFORE, Defendants David John Lesperance, Casey Cusick, and James Varnell Cusick, Jr. respectfully requests that the Court extend the date by 7 days, to submit replies to the Government's opposition. The United States consents to this request.

Date: March 6, 2023  Respectfully Submitted,


*/s/ John M. Pierce*

John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

*Attorney for Defendant*

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, February 06, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                                     */s/ John M. Pierce*
                                                    *John M. Pierce*