UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **Case No. 1:21-cr-575 (JDB)** |
| : | |
| **DAVID JOHN LESPERANCE, CASEY** : | |
| **CUSICK, and JAMES VARNELL** : | |
| **CUSICK, JR.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon consideration of the defendants' motion *in limine* (ECF No. 60), it is hereby ORDERED that the motion is DENIED.

Dated this _____ day of March 2023.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA