UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:21-cr-575 (JDB) |
| DAVID JOHN LESPERANCE, CASEY CUSICK, AND JAMES VARNELL CUSICK, JR., | |
| Defendants. | |

**GOVERNMENT'S TRIAL EXHIBIT LIST (JUNE 30, 2023)**

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* |
|---|---|---|---|
| *100 Series:  Video, Photo, and Audio Evidence* ||||
| *101 to 125 Subseries: United States Capitol Police Video Recordings* ||||
| 101 | Video footage from U.S. Capitol Police (USCP) closed-circuit surveillance camera near Senate Wing Door from 3:08 pm to 3:26 pm | | |
| 101A | Still images from Exhibit 101 | | |
| 102 | Video footage from USCP closed-circuit surveillance camera in the Capitol Crypt (North) from 3:08 pm to 3:21 pm | | |
| 102A | Still images from Exhibit 102 | | |
| 103 | Video footage from USCP closed-circuit surveillance camera in the Capitol Crypt (South) from 3:08 pm to 3:21 pm | | |
| 103A | Still images from Exhibit 103 | | |
| 104 | Video footage from USCP closed-circuit surveillance camera near Memorial Door from 3:05 pm to 3:22 pm | | |
| 104A | Still images from Exhibit 104 | | |
| 105 | Video footage from USCP closed-circuit surveillance camera near House Wing Door from 3:08 pm to 3:21 pm | | |
| 105A | Still images from Exhibit 105 | | |

**Government's Trial Exhibit List—Page 1**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 106 | USCP compilation video | | |
| *126 to 150 Subseries: Third-Party Video Recordings* | | | |
| 126 | The Allen Report (UC5NJlt5YSHA62ozQbD_fe8Q) \| [youtube] D.C!!-cvqvInoZsBw.mp4 D.C!! [excerpt] https://www.youtube.com/watch?v=cvqvInoZsBw&t=151 | | |
| 127 | Gab \| D_Restored \| Danean on Gab https://gab.com/D_Restored/posts/105777811938613438 | | |
| 128 | Twitter \| buckyturco \| Bucky Turco https://archive.org/download/AtCfFiCLcJzzX4ZtQ/Bucky_Turco_Perfect_examp.mpeg4 | | |
| 129 | Court Case Files \| Anthony Puma \| GEX 5 [excerpt] https://archive.org/details/anthonypumaex5 | | |
| 130 | YouTube \| CNN \| These Trump supporters say they're proud of chaos at Capitol.mp4 [excerpt] https://archive.org/details/tFi9Qr4JrA9mfhs9c | | |
| 131 | NadyasNotes \| NadyasNotes \| 20210106_162555.mp4 https://archive.org/download/mJpLa9HskaWCbvt6W/mJpLa9HskaWCbvt6W.mpeg4 | | |
| 132 | YouTube \| Trump Wild Rally Washington D.C. - Outside The Capitol Building (Part 07) (V-01) (January 6th, 2021)-rdMwuAEOSM0.mkv [excerpt] https://capitol-hill-riots.s3.us-east-1.wasabisys.com/User%20Submissions%20-%20UNSORTED/Content/Trump%20Wild%20Rally%20Washington%20D.C._%20Outside%20The%20Capitol%20Building%20%28Part%2007%29%20%28V01%29%20%28January%206th%2C%202021%29.mp4 | | |
| *151 to 175 Subseries: Metropolitan Police Department (MPD) Body-Worn Camera (BWC) Video Recordings* | | | |
| 151 | MPD Officer Stephen Chih [BWC # X6039B7QY] from 3:08 pm to 3:19 pm | | |

**Government's Trial Exhibit List—Page 2**

| <u>Ex. No.</u> | <u>Description of Exhibit</u> | <u>Offered</u> | <u>Admitted / Witness</u> |
|---|---|---|---|
| 152 | MPD Officer Eric Watson [BWC # X6039BGBD] from 3:15 pm to 3:20 pm | | |
| 153 | MPD Officer Christopher Cartwright [BWC # X6039B9C1] from 3:08 pm to 3:19 pm | | |
| 154 | Photo [MPD officers outside Capitol entrance] | | |
| | *176 to 199 Subseries: Other Video and Photo Evidence* | | |
| 176 | David Lesperance DMV Photograph | | |
| 177 | Casey Cusick DMV Photograph | | |
| 178 | James Varnell Cusick, Jr. DMV Photograph | | |
| | *200 Series:  Lesperance iCloud Account Evidence* | | |
| 201 | Apple -- Custodian Declaration [Lesley Ahlberg] | | |
| 202 | Cellebrite Summary for iCloud Account (scoped) | | |
| 203 | Authenticity Certification [Robert Pfannkuch] | | |
| 204A | Account Details: APL000001_APPLE_CONFIDENTIAL.xlsx | | |
| 204B | Account Details: APL000002_APPLE_CONFIDENTIAL.xlsx | | |
| 205 | Video [IMG_0559.MOV] | | |
| 206 | Video [IMG_0567.MOV] | | |
| 207 | Video [IMG_0568.MOV] | | |
| 208 | Video [IMG_0570.MOV] | | |
| 209 | Video [IMG_0571.MOV] | | |
| 210 | Video [IMG_0572.MOV] | | |
| 211 | Video [IMG_0575.MOV] | | |
| 212 | Video [IMG_0576.MOV] | | |
| 213 | Video [IMG_0577.MOV] | | |

**Government's Trial Exhibit List—Page 3**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 214 | Video [IMG_0578.MOV] | | |
| 215 | Video [IMG_0580.MOV] | | |
| 216 | Video [IMG_0581.MOV] | | |
| 217 | Video [IMG_0583.MOV] | | |
| 218 | Video [IMG_0584.MOV] | | |
| 219 | Video [IMG_0585.MOV] | | |
| 220 | Video [IMG_0586.MOV] | | |
| 221 | Video [IMG_0593.MOV] | | |
| 222 | Video [IMG_0594.MOV] | | |
| 223 | Video [IMG_0595.MOV] | | |
| 224 | Video [IMG_2702.MOV] | | |
| 225 | Photo [IMG_0532.HEIC] | | |
| 226 | Photo [IMG_0536.HEIC] | | |
| 227 | Photo [IMG_0569.jpg] | | |
| 228 | Photo [IMG_0573.HEIC] | | |
| 229 | Photo [IMG_0579.HEIC] | | |
| 230 | Photo [IMG_0589.HEIC] | | |
| 231 | Photo [IMG_2718.jpg] | | |
| 232 | Text Messages from Lesperance iCloud Account | | |
| *300 Series:  United States Secret Service Evidence* | | | |
| 301 | Email - USSS Head of State Notification - Vice President Pence, Mrs. Pence and daughter | | |
| 302 | Secret Service Head of State Notification Worksheet | | |

**Government's Trial Exhibit List—Page 4**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 303 | Vice President Relocation Video | | |
| **400 Series:  Legal and Congressional Records** | | | |
| 401 | U.S. Constitution—12th Amendment | | |
| 402A | Title 3, United States Code, Section 15 | | |
| 402B | Title 3, United States Code, Section 16 | | |
| 402C | Title 3, United States Code, Section 17 | | |
| 402D | Title 3, United States Code, Section 18 | | |
| 403 | Senate Concurrent Resolution 1 | | |
| 404 | Video Montage—including Congressional Record and video footage from House and Senate | | |
| 404A | Source References for Video Montage | | |
| 405 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | |
| 406 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | |
| 407 | Congressional Record - Senate (Vol. 167, No. 4, S13-S42) | | |
| 408 | Congressional Record - House (Vol. 167, No. 4, H75-H117) | | |
| **500 Series:  U.S. Capitol and Other Evidence** | | | |
| 501 | Aerial Photo of U.S. Capitol Building | | |
| 502 | Aerial Photo of U.S. Capitol Building with Perimeter Diagram | | |
| 503 | Photo of U.S. Capitol with signs on metal barriers | | |
| 504 | Photo of Area Closed sign on metal barrier | | |

| <u>Ex. No.</u> | <u>Description of Exhibit</u> | <u>Offered</u> | <u>Admitted / Witness</u> |
|---|---|---|---|
| 505 | Photo of Area Closed sign | | |
| 506 | Diagram of Capitol | | |
| 507 | Map - First Floor of Capitol Building | | |
| | **600 Series:  Physical Evidence** | | |
| 601 | White "Taylor Made" baseball cap [seized at 2675 Turtle Mound Road, Melbourne, Florida – Room A] | | |
| 602 | Jacket [seized at 2675 Turtle Mound Road, Melbourne, Florida – Room B] | | |
| 603 | White turtleneck sweater [seized at 2675 Turtle Mound Road, Melbourne, Florida – Room C] | | |
| 604 | Black North Face jacket [seized at 141 Frante Avenue NE, Palm Bay, Florida] | | |
| 605 | Red "Trump 45th President" hat [seized at 141 Frante Avenue NE, Palm Bay, Florida] | | |

June 30, 2023

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/ Francesco Valentini
FRANCESCO VALENTINI
D.C. Bar No. 986769
Trial Attorney
United States Department of Justice, Criminal Division
Detailed to the D.C. U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 598-2337
francesco.valentini@usdoj.gov

/s/ Sonia W. Murphy
SONIA W. MURPHY

**Government's Trial Exhibit List—Page 6**

                                                     D.C. Bar. No. 483072
                                                     Trial Attorney
                                                     601 D Street NW
                                                     Washington, D.C. 20530
                                                     (202) 305-3067
                                                     sonia.murphy@usdoj.gov

**Government's Trial Exhibit List—Page 7**