UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID JOHN LESPERANCE, CASEY CUSICK, AND JAMES VARNELL CUSICK, JR.,<br><br>Defendants. | No. 1:21-cr-575 (JDB) |

## GOVERNMENT'S OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides its objections to the admissibility of certain exhibits contained in Defendants' exhibit list. *See* ECF No. 81. At the threshold, the Defendants' submission suffers from a fundamental flaw: as of this writing, the Defendants have provided neither the underlying materials referenced in the exhibits list nor sufficient detail to identify those materials in the discovery files. For a large number of proposed exhibits, for example, the Defendants offer only conclusory—sometimes unintelligible—descriptions and vague references to "[d]iscovery" or "[e]vidence.com" as the exhibits' source.[1] Given the volume of materials produced in global discovery in January 6 cases, such vague descriptors and identifiers render the Defendants' exhibit list largely uninformative. For that reason alone, the United States respectfully requests that its objections to all materials that cannot adequately be identified based on the information provided by the Defendants be preserved.

---

[1] Moreover, for numerous exhibits, the "Source" column is left blank (or is possibly mis-formatted to the point it is illegibility).

Below, the Government provides objections to categories of evidence, as well as objections to the specific materials listed in the Defendants' proposed exhibits, to the extent the latter is feasible given that the Defendants' vague descriptions and failure to provide the underlying materials.

I.   **General Objections**

*First*, as the Government explained in its pending motion *in limine* (ECF No. 62), the Defendants should be precluded from (1) arguing any entrapment by estoppel defense related to law enforcement or (2) presenting any evidence of alleged inaction by law enforcement unless the Defendants specifically observed or were otherwise aware of such conduct at the relevant time. *Ibid.* Accordingly, the Government objects, pursuant to Fed. R. Evid. 401 and 403, to video, photographic, and documentary evidence regarding the actions of law enforcement officers whose testimony is not elicited at trial and whose conduct was not directly observed by the Defendants on January 6, 2021. *See, e.g.,* Exs. 4-6 ("Bodycam Footage of Officer"), Ex. 37 ("CAPITOL POLICE FIRED EXPLODING FLASH GRENADE INTO CROWD On Jan. 6 of Men, Women, Children"), Ex. 39 ("Rally goers walk into the Capitol – Capitol Police open the doors"), Ex. 81 ("BWC Camera Footage Foulds, Henry (11401) Title: 20210106 – RIOT – CAPITAL BUILDING"), Ex. 82 ("BWC Camera Footage H.F. Title: 20210106 – RIOT – CAPITAL BUILDING"), Ex. 95 ("20210106 – CAPITOL SIEGE - UNITED STATES CAPITOL Bagshaw, Jason (6640) X6039BAL"), Ex. 97 ("BWC Camera Footage – 20210106 – FIRST AMENDMENT 800 16TH ST NW ID: 21001920, 21002550"), Ex. 98 ("open source" rumble.com video described as relating to police allowing protestors into building), Ex. 100 ("Bodycam Footage of Officer D.T."), Ex. 101 ("BWC Footage – 20210106 – FIRST AMENDMENT ASSEMBLY-VERMONT Officer T.A. X6039B98K"), Ex. 105 ("20210106 – FELONY APO/RIOTOUS ACTS – US

CAPITOL COMPLEX Off. SS. X6039BJ8Z"); Exs. 109 and 111 (described as relating to police removing fence barriers and letting protestors in), and Exs. 186 and 200 (USCP Jan 6 timelines). *See also* Exs. 135-151 (additional proposed exhibits relating to actions of law enforcement officers on January 6).

*Second*, the Government objects under Fed. R. Evid. 401 and 802 to the introduction of video, photographic, and documentary evidence in the form of news stories, articles, photographs, and testimonials of non-testifying third-parties relating to the events of January 6, 2021. *See, e.g.,* Ex. 3 ("[p]hotos of protestor injuries"), Ex. 36 ("Staffers Walk Out of Congress In Protest Over Brown and Garner Cases"), Ex. 38 ("Black Bloc Enters Capitol First"), Ex. 57 ("Feds Caught, On Video, Attacking Capitol on J6"), Ex. 58 ("Trump Supporters Stop Anarchists from Breaking US Capitol Windows"), Ex. 75 ("Bloody guy"), Exs. 83-94, 112, 118, 128-134, 152, 154, 158-171, 205, and 208 (various open source videos or photos); Exs. 106-108 (additional "livestream" videos and interview), Ex. 110 (described as "final_report_of_investigation_real"), and Ex. 112 ("Mob storming the Capitol").

*Third*, the Government objects to the inclusion and admission of scores of proposed exhibits relating to irrelevant rules, policies, procedures and events because these proposed exhibits seek jury nullification or otherwise serve to distract and confuse the jury. *See e.g.,* Exs. 8, 17-20, 22-27, 203 (policies and reports regarding police misconduct, use of force, body worn cameras, less lethal weapons, munitions, tear gas and pepper spray). Defendants appear to have included numerous exhibits relating to irrelevant law enforcement policies obtained from MPD's website (*see e.g.,* Exs. 28-31 and 41-73) and Congressional rules and reports (*see, e.g.,* Ex. 76 (HSGAC & Rules Full Report Examining U.S. Capitol Attack"), and Exs. 115-117, 119-123). They have also included exhibits regarding the use of rubber bullets and pepper balls, neither of

3

which appear to be at issue in this case. *See e.g.*, Exs. 2 and 21 ("rubber bullets from above"), Ex. 28 ("PepperBall Catalog"). These exhibits are not relevant to the allegations raised by the Government nor the Defendants' defenses and are inadmissible under Fed. R. Evid. 401, 403, and 802.

*Fourth*, the Government objects on the basis of Fed. R. Evid. 401, 403, and 404 to the Defendants' proposed character evidence. The Defendant intend to offer as evidence a "Slideshow of Photos of Defendants & Family or Friends." Ex. 1. But evidence of the Defendants' character may be offered in this case, if at all, in the form of "testimony about the[ir] reputation" or "opinion" testimony. Fed. R. Evid. 405(a). The Defendants' proposed "[s]lideshow[s]" fit neither bill.

Finally, the Government objects on the basis of Fed. R. Evid. 401 and 403 to proposed Ex. 174, described only as "Frequencies DC 011822 (25098)." While the Government has not received the actual file for this exhibit, the Government has reason to believe that this is a sound file of high-pitched ringing sounds that was used in the *United States v. Albert* trial (21-cr-26 (CRC)) to demonstrate Mr. Alberts's known and documented medical condition, tinnitus, which is commonly described as ringing sound, roaring, or buzzing sounds. *See* 21-cr-26 (CRC). Here, the Defendants have made no proffer related to any similar medical condition nor provided the Government with any reciprocal discovery documenting such a medical condition. This exhibit is therefore irrelevant.

## II.   Specific Objections

Attached hereto as <u>Exhibit A</u> is the Government's preliminary objections to the Defendants' proposed exhibits.

As noted above, the Government reserves the right to object to the admissibility of any of the approximately 213 proposed exhibits and to revise and supplement its objections after

reviewing the Defendants final version of exhibits, once they are received and can be properly identified and reviewed. The Government may also modify its objections depending on whether the exhibits are introduced on cross-examination or in the Defendants' case-in-chief.

Dated: July 3, 2023

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 481052

                              */s/ Francesco Valentini*
                              FRANCESCO VALENTINI
                              D.C. Bar No. 986769
                              Trial Attorney
                              United States Department of Justice, Criminal Division
                              Detailed to the D.C. U.S. Attorney's Office
                              601 D Street NW
                              Washington, D.C. 20530
                              (202) 598-2337
                              francesco.valentini@usdoj.gov

                              */s/ Sonia W. Murphy*
                              SONIA W. MURPHY
                              D.C. Bar. No. 483072
                              Trial Attorney
                              601 D Street NW
                              Washington, D.C. 20530
                              (202) 305-3067
                              sonia.murphy@usdoj.gov

# Exhibit A

Government's Preliminary Objections to Defendants' June 30, 2023 Exhibit List

| Ex. No. | Description | Ground for Govt Objection |
|---|---|---|
| 1 | Slideshow of Photos of Defendants & Family or Friends | FRE 401, 403, 404 |
|  | Open Source Footage of Officer misconduct | FRE 401, 403, 901 |
| 2 | rubber bullets from above 2.mp4 | FRE 401, 403, 802 |
| 3 | Photos of protestor injuries | FRE 401, 403, 802 |
| 4 | Bodycam footage of Officer | FRE 401, 403 |
| 5 | Bodycam Footage of Officer | FRE 401, 403 |
| 6 | Bodycam Footage of Officer | FRE 401, 403 |
| 8 | CDU Operational Plan for the USCP | FRE 401, 403 |
| 17 | GO-PER-120.23 (Serious Misconduct Investigations) | FRE 401, 403, and 802 |
| 18 | GO-RAR-901.07 (Use of Force); | FRE 401, 403, and 802 |
| 19 | GOSPT-302.13 (Body-Worn Camera Program) | FRE 401, 403, and 802 |
| 20 | RAR-901-04- Less Lethal Weapons | FRE 401, 403, and 802 |
| 21 | Firing Rubber Bullets from above.mp4 | FRE 401, 403, 802 |
| 22 | RiotID_Guide_ENGLISH | FRE 401, 403, and 802 |
| 23 | Impact_Munitions_Guide_ENGLISH | FRE 401, 403, and 802 |
| 24 | Tear_Gas_and_Pepper_Spray_Guide_ENGLISH | FRE 401, 403, and 802 |
| 25 | How to Deploy Impact Munitions - Article - POLICE Magazine (1) | FRE 401, 403, and 802 |
| 26 | covering_riot_control_in_the_united_states_0 (1) | FRE 401, 403, and 802 |
| 27 | EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical of High-Profile Incidents | FRE 401, 403, and 802 |
| 28 | PepperBall-Catalog-2022_web | FRE 401, 403, and 802 |
| 29 | PEP-21006-Round-LIVE-Specs-120121 | FRE 401, 403, and 802 |
| 30 | PEP-21006-Round-LIVE-X-Specs-120121 | FRE 401, 403, and 802 |
| 31 | PEP-21006-Round-LIVE-MAXX-Specs-120121 | FRE 401, 403, and 802 |
| 32 | PEP-21006-Glass-Breaker-Specs-120121 | FRE 401, 403, and 802 |
| 33 | PEP-21006-VXR-LIVE-Specs | FRE 401, 403, and 802 |
| 34 | PEP-21006-VXR-LIVE-X-Spec-Sheet | FRE 401, 403, and 802 |
| 35 | Letter from VP Pence | FRE 401 |
| 36 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _NCPR News | FRE 401, 403, and 802 |
| 37 | CAPITOL POLICE FIRED EXPLODING FLASH GRENADE INTO CROWD on Jan. 6 of Men, Women, Children | FRE 401, 403 |
| 38 | January 6_ Black Bloc Enters Capitol First | FRE 401, 403, 802 |
| 39 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open doors | FRE 401 and 403 |
| 40 | Examining the Capitol Attack- A review of the security, planning, and response failures on January 6th. | FRE 401, 403, and 802 |
| 41 | 120_21re- Disciplinary Procedures and Processes | FRE 401, 403, and 802 |
| 42 | 201_31re - Policing for Prevention: Use of High Visibility Patrol Tactics | FRE 401, 403, and 802 |
| 43 | EO-20-044- Comprehensive Policing and Justice Reform Second Emergency Amendment Act of 2020 | FRE 401, 403, and 802 |
| 44 | GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics | FRE 401, 403, and 802 |
| 45 | GO–OPS–204.06- Victim/Witness Services | FRE 401, 403, and 802 |
| 46 | GO – SPT – 204.01- Media | FRE 401, 403, and 802 |
| 47 | 16-013- Senior Law Enforcement Officer Emergency Act of 2016 | FRE 401, 403, and 802 |
| 48 | 20-003- Disciplinary Procedure Updates | FRE 401, 403, and 802 |
| 49 | EO-21-013- Coronavirus 2019: Modified Phase Two of Washington, DC Reopening | FRE 401, 403, and 802 |
| 50 | EO-22-002- Ballistic Shield Deployment | FRE 401, 403, and 802 |
| 51 | EO-22-010- Regular or Continuous Associations and Involvements | FRE 401, 403, and 802 |
| 52 | GO - PER - 120.23- Serious Misconduct Investigations | FRE 401, 403, and 802 |
| 53 | OMA-101-00- Directives System | FRE 401, 403, and 802 |
| 54 | OMA-101-03- Organization, Authority, and Rules of the Metropolitan Police Department Reserve Corps | FRE 401, 403, and 802 |
| 55 | OMA-101-09- Duties and Responsibilities of Sworn Officials | FRE 401, 403, and 802 |
| 56 | OMA-101-10- Organization of the Metropolitan Police Department (MPD) | FRE 401, 403, and 802 |
| 57 | PER-101-12- Senior Police Officers | FRE 401, 403, and 802 |
| 58 | PER-110-11- Uniform, Equipment, and Appearance Standards | FRE 401, 403, and 802 |
| 59 | OMA- 120 24- Revocation/Restoration of Police Powers | FRE 401, 403, and 802 |
| 60 | PER-201-01- Non-Uniformed Assignments | FRE 401, 403, and 802 |
| 61 | GO- 201-04- Special Assignment Positions | FRE 401, 403, and 802 |
| 62 | GO- 201-11- Transfers and Changes in Assignments | FRE 401, 403, and 802 |
| 63 | GO- 201-18- Detail Assignments | FRE 401, 403, and 802 |
| 64 | PER-201-26- Duties, Responsibilities and Conduct of Members of the Department | FRE 401, 403, and 802 |
| 65 | RAR-201-36- Metropolitan Police Department Sworn Law Enforcement Officer Code of Ethics | FRE 401, 403, and 802 |
| 66 | OMA 203 02- Displaying and Handling of the United States Flag | FRE 401, 403, and 802 |
| 67 | NEWSMAX_ Feds Caught, On Video, Attacking Capitol On J6 | FRE 401 and 403 |
| 68 | Trump Supporters Stop Anarchists from Breaking US Capitol Windows | FRE 401 and 403 |
| 69 | OPR Interview with Inspector Robert Glover | FRE 401 and 403 |

| # | Description | Objections |
|---|---|---|
| 70 | OPS-301-02- Patrol Special Mission Units | FRE 401, 403, and 802 |
| 71 | SPT-302-02- Radio Broadcasts and Look-outs | FRE 401, 403, and 802 |
| 72 | GOC-07-05- GO-PER-120.21 (Disciplinary Procedures and Processes) | FRE 401, 403, and 802 |
| 73 | GOC-14-01 [GO-OMA-101.09 (Duties and Responsibilities of Sworn Officials)] | FRE 401, 403, and 802 |
| 74 | USCP Policy and Procedures Manuals | FRE 401 |
| 75 | Bloody guy.mp4 | FRE 401, 403, 802 |
| 76 | HSGAC&RulesFullReport_ExaminingU.S.CapitolAttack | FRE 401, 403, and 802 |
| 77 | PXL_20210730_151916286 | FRE 401, 402, 802 |
| 78 | RM-53211-Crowd-and-Riot-as-of-1298 | FRE 401, 403, and 802 |
| 79 | 579168257-3-Person-Ten-Interview-Proposed-Redactions-Gov-Suggestions-Accepted | FRE 401, 403, 801 |
| 80 | HSC 801 02 Demonstrations Directed at Foreign Governments | FRE 401, 403, and 802 |
| 81 | BWC Camera Footage Foulds, Henry (11401) Title: 20210106 - RIOT - CAPITAL BUILDING | FRE 401 and 403 |
| 82 | BWC Camera Footage H. F. Title: 20210106 - RIOT - CAPITAL BUILDING | FRE 401 and 403 |
| 83 | Elijah Schaffer Open Source Video | FRE 401, 403, 802 |
| 84 | Stephen Horn Open Source Video 1 | FRE 401, 403, 802 |
| 85 | Stephene Horn Open Source Video 2 | FRE 401, 403, 802 |
| 86 | Stephene Horn Open Source Video 3 | FRE 401, 403, 802 |
| 87 | Stephene Horn Open Source Video 4 | FRE 401, 403, 802 |
| 88 | Parler Video 1 | FRE 401, 403, 802 |
| 89 | Stephene Horn Open Source Video 5 | FRE 401, 403, 802 |
| 90 | Ford Fischer Video 1 | FRE 401, 403, 802 |
| 91 | Ford Fischer Video 2 | FRE 401, 403, 802 |
| 92 | Stephene Horn Open Source Video 6 | FRE 401, 403, 802 |
| 93 | Stephene Horn Open Source Video 7 | FRE 401, 403, 802 |
| 94 | Free State Will Open Source | FRE 401, 403, 802 |
| 95 | 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL Bagshaw, Jason (6640) X6039BLAL | FRE 401 and 403 |
| 96 | https://rumble.com/vcjxnp-shocking-new-video-capitol-police-appear-to-just-let-protesters-into-buildi.ht | FRE 401, 403, 901 |
| 97 | BWC Camera Footage- 20210106-FIRST AMENDMENT-800 16TH ST NW ID : 21001920, 21002550 X6039E | FRE 401 and 403 |
| 98 | https://rumble.com/vchzin-capitol-police-appear-to-remove-fence-barrier-containing-protestors.html | FRE 401, 403, 901 |
| 99 | Photo of Stop Pence and Trump Protest Flyer | FRE 401 and 403 |
| 100 | Bodycam Footage of Officer D.T. | FRE 401 and 403 |
| 101 | BWC Footage 20210106- FIRST AMMENDMENT ASSEMBLY- VERMONT Officer T.A. X6039B98K | FRE 401 and 403 |
| 102 | Schedule for Wednesday January 6th 2021 | FRE 401 |
| 103 | Hayes and Tilden Photo | FRE 401, 403, and 802 |
| 104 | Hayes and Tilden Article Wikipedia | FRE 401, 403, and 802 |
| 105 | 20210106-FELONY APO/RIOTOUS ACTS-US CAPITOL COMPLEX Off. S.S. X6039B98K | FRE 401 and 403 |
| 106 | Raz_of_the_CHAZ's_Livestream_Where_He_&_His_Henchmen_Attack,_Follow | FRE 401, 403, 901 |
| 107 | The Capitol Riot： As it Happened [_6uSYhyFao4] | FRE 401, 403, 901 |
| 108 | Protestor Talking about J6 1 | FRE 401, 403, 901 |
| 109 | Capitol_Police_Appear_to_Remove_Fence_Barrier_Containing_Protestors | FRE 401 and 403 |
| 110 | final_report_of_investigation_real | FRE 401, 403, and 802 |
| 111 | Shocking_New_Video_Capitol_Police_Appear_To_Just_Let_Protesters | FRE 401 and 403 |
| 112 | Mob storming the Capitol | FRE 401, 403, 802 |
| 113 | photo_2023-01-09_15-22-32 | FRE 401 |
| 114 | photo_2023-01-09_15-22-15 | FRE 401 |
| 115 | rules.senate.gov/rules-of-the-senate | FRE 401, 403, and 802 |
| 116 | govinfo.gov/app/collection/SMAN | FRE 401, 403, and 802 |
| 117 | https://www.govinfo.gov/app/details/GPO-RIDDICK-1992/GPO-RIDDICK-1992-1/context | FRE 401, 403, and 802 |
| 118 | CAPVID_00002_ABQ Raw 9 minute youtube.com watch v=oYxKioXhve0.mp4 | FRE 401, 403, 802 |
| 119 | https://www.senate.gov/legislative/cloture/clotureCounts.htm | FRE 401, 403, and 802 |
| 120 | The Legislative Process on the Senate Floor: An Introduction | FRE 401, 403, and 802 |
| 121 | The Office of the Parliamentarian in the House and Senate | FRE 401, 403, and 802 |
| 122 | The Legislative Process: Overview (Video) | FRE 401, 403, and 802 |
| 123 | How Our Laws Are Made | FRE 401, 403, and 802 |
| 124 | https://www.senate.gov/about/powers-procedures/filibusters-cloture/resources.htm | FRE 401, 403, and 802 |
| 125 | Unknown_202101061258_WFC1012292_37363435.mpeg | FRE 401, 403 |
| 126 | Unknown_202101061317_WFC1012292_37365769.mpeg | FRE 401, 403 |
| 127 | photo_2023-01-09_14-57-19 | FRE 401 |
| 128 | People_at_CHAZ_Say_There_are_No_White_Supremacists_There_iCYYMFbypZ4 | FRE 401, 403, 802 |
| 129 | People Removing Barriers | FRE 401, 403, 802, 901 |
| 130 | Images of blood on ground | FRE 401, 403, 802, 901 |
| 131 | Video of blood on ground.mp4 | FRE 401, 403, 802, 901 |

| | | |
|---|---|---|
| 132 | Open Source Video Protestors 1 | FRE 401, 403, 802 |
| 133 | Open Source Video Protestors 2 | FRE 401, 403, 802 |
| 134 | Open Source Video Protestors 3 | FRE 401, 403, 802 |
| 135 | 20210106 - FELONY RIOT - US CAPITOL Officer L.M X6039BHJ1 | FRE 401 and 403 |
| 136 | 20210106 - FELONY RIOT - US CAPITOL Officer L.M X6039BHJ1 | FRE 401 and 403 |
| 137 | 20210106 - FELONY RIOT - US CAPITOL Officer L.M X6039BHJ1 | FRE 401 and 403 |
| 138 | 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL Officer J.B. X6039BLAL | FRE 401 and 403 |
| 139 | 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL 1h 16m Officer J.B. X6039BLAL | FRE 401 and 403 |
| 140 | 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX Officer C.M X6039BF8M | FRE 401 and 403 |
| 141 | 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX Officer C.M X6039BF8M | FRE 401 and 403 |
| 142 | 2021-01-06 uscp riot Officer D.T X6039B83Q | FRE 401 and 403 |
| 143 | 2021-01-06 uscp riot Officer D.T X6039B83Q | FRE 401 and 403 |
| 144 | 2021-01-06 USCP Riot-StingerOfficer D.T X6039B83Q | FRE 401 and 403 |
| 145 | 2021-01-06 USCP riot Officer D.T X6039B83Q | FRE 401 and 403 |
| 146 | 2021-01-06 uscp riot- SKAT Officer D.T X6039B83Q | FRE 401 and 403 |
| 147 | 2021-01-06 USCP riot-Mechanical Officer D.T X6039B83Q | FRE 401 and 403 |
| 148 | HAU 3RD VIDEO - 2021-01-06 USCP RIOT ECD DEPLOYM Officer D.T X6039B83Q | FRE 401 and 403 |
| 149 | THAU 2ND VIDEO - 2021-01-06 uscp RIOT Officer D.T X6039B83Q | FRE 401 and 403 |
| 150 | 2021-01-06 USCP RIOTS Officer D.T X6039B83Q | FRE 401 and 403 |
| 151 | THAU 1ST VIDEO - 2021-01-06 USCP RIOTS Officer D.T X6039B83Q | FRE 401 and 403 |
| 152 | Stop Pence Trump Photo | FRE 401, 403, 802 |
| 153 | U.S. Capitol Grounds Demonstration Area Map | FRE 401, 403, 901 |
| 154 | Guidelines For Conducting an Event on United States Capitol Grounds_December 2019 | FRE 401, 403, 802 |
| 155 | USCP-011-00055405_image | FRE 401, 901 |
| 156 | IMG_4942[25530] | FRE 401, 901 |
| 157 | IMG_4944[25529] | FRE 401, 901 |
| 158 | https://rumble.com/v1iikzq-a-glitch-in-the-matrix-an-eloquent-defense-of-jan-6-protestors-by-democrat | FRE 401, 403, 802, 901 |
| 159 | https://www.youtube.com/watch?v=mZ2sQax3_xo&feature=youtu.be | FRE 401, 403, 802, 901 |
| 160 | https://www.youtube.com/watch?v=z1HB82BYR88 | FRE 401, 403, 802, 901 |
| 161 | https://www.youtube.com/watch?v=ehpYUqoHEgg | FRE 401, 403, 802, 901 |
| 162 | Open source video of J6 1 | FRE 401, 403, 802, 901 |
| 163 | Open source video of J6 2 | FRE 401, 403, 802, 901 |
| 164 | Open source video of J6 3 | FRE 401, 403, 802, 901 |
| 165 | Open source video of J6 4 | FRE 401, 403, 802, 901 |
| 166 | Open source video of J6 5 | FRE 401, 403, 802, 901 |
| 167 | Open source video of J6 6 | FRE 401, 403, 802, 901 |
| 168 | Open source video of J6 7 | FRE 401, 403, 802, 901 |
| 169 | Open source video of J6 8 | FRE 401, 403, 802, 901 |
| 170 | Open source video of J6 9 | FRE 401, 403, 802, 901 |
| 171 | Open source video of J6 10 | FRE 401, 403, 802, 901 |
| 172 | 5 Demonstration Permits for J6 | FRE 401, 901 |
| 173 | Global Discovery Letter Summary | FRE 401, 802 |
| 174 | Frequencies DC 011822[25098] | FRE 401, 403, 901 |
| 175 | Crosstabs DC 011822[25099] | FRE 401, 802, 901 |
| 176 | Muriel Bowser Letter | FRE 401, 802, 901 |
| 177 | Jim Jordan Letter | FRE 401, 802, 901 |
| 178 | Photo regarding Nov. 7 1983 | FRE 401, 403, 901 |
| 179 | IMG_8281[25112] | FRE 401, 403, 901 |
| 180 | IMG_8452[25110] | FRE 401, 403, 901 |
| 181 | IMG_6860[25116], IMG_6859[25115], | FRE 401, 403, 901 |
| 182 | IMG_6027[25113], IMG_6028[25114] | FRE 401, 403, 901 |
| 183 | IMG_5804[25119], IMG_5805[25120], IMG_5806[25118], IMG_5807[25117] | FRE 401, 403, 901 |
| 184 | gao-22-104829[25121] | FRE 401, 403, 802, 901 |
| 185 | DC-FirstAmendment | FRE 401, 802 |
| 186 | USCPJan.6Timeline[25122] | FRE 401 and 403 |
| 187 | 20220717_142552_IMG_0116[25136] | FRE 401, 403, 901 |
| 188 | Devin Nunes Letter to Wray | FRE 401, 403, 901 |
| 189 | IMG_4913[25123] | FRE 401, 403, 901 |
| 190 | IMG_4914[25125], IMG_4915[25124] | FRE 401, 403, 901 |
| 191 | PLAW-115publ435[25139] | FRE 401, 403, 901 |
| 192 | grassley_to_doj_-_failure_to_prosecute_oig_criminal_referrals[25140] | FRE 401, 403, 802, 901 |
| 193 | 04.29.22._-_comms_oag_odag_-_interim[25153] | FRE 401, 403, 802, 901 |

| | | |
|---|---|---|
| 194 | 07.15.22._-_january_4_2021_meeting_doj_dod[25152] | FRE 401, 403, 802, 901 |
| 195 | 11_05_21_call_logs_for_senior_officials_from_january_6_2021[25151] | FRE 401, 403, 802, 901 |
| 196 | 20221027152243533_20221027-152110-95757954-00007015[25150] | FRE 401, 403, 802, 901 |
| 197 | DODIG-2022-039 V2 508[25149] | FRE 401, 403, 802, 901 |
| 198 | gao-22-104829[25148] | FRE 401, 403, 802, 901 |
| 199 | MPD-001-00000034[25146] | FRE 401, 403, 802, 901 |
| 200 | USCPJanuary-6-Timeline[25142] | FRE 401 and 403 |
| 201 | HSEMA letter to Gen Walker 12_31_20[25141] | FRE 401, 403, 802, 901 |
| 202 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | FRE 401, 802 |
| 203 | Use of Force and Officer Injury Report | FRE 401, 403, 802, 901 |
| 204 | Several Images of Capitol under Construction | FRE 401, 403, 802, 901 |
| 205 | Image of Riots Mostly Peaceful | FRE 401, 403, 802, 901 |
| 206 | Muriel Bowser Tweet | FRE 401 |
| 207 | Muriel Bowser Announcement | FRE 401 |
| 208 | East side Open Source Video 1 | FRE 401, 403, 802, 901 |
| 209 | East side Open Source 2 | FRE 401, 403, and 802 |
| 210 | East side Open Source 3 | FRE 401, 403, and 802 |
| 211 | East side Open Source 4 | FRE 401, 403, and 802 |
| 212 | East side Open Source 5 | FRE 401, 403, and 802 |
| 213 | East Side CCTV Footage | FRE 401 |