CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DAVID JOHN LESPERANCE, et al.

Civil/Criminal No.: CR: 21-575 (JDB)

## NOTE FROM JURY

We have a unanimous verdict.

Date: 7/14/2023

Time: 1:20

FOREPERSON