Deborah Masse



June 22, 2023

Re: David Lesperance

Your Honor,

I have known David Lesperance for more than 50 years. As my brother in law and friend, we have welcomed our babies and grandchildren to this world and mourned the loss of our loved ones together. I can wholeheartedly attest to his good moral character and his kind nature. He is the type of man you can always count on to do what is right.

David's love for his family is clear to anyone who knows him. He is also a good and honest citizen, who cares about his community deeply. From coaching Little League to volunteering at Church, David's passion and generous spirit has made a positive impact on many people, myself included.

I hope you weigh his many years of leading such a meaningful life as you consider his case.

Respectfully,

*Deborah Masse*

Deborah Masse

To The Honorable Judge,

I, William C Masse, write this letter of reference about David Lesperance with whom I had the pleasure to know for more than 50 years, in order to clarify and defend his good judgment. David and I grew up in a small town of Burrillville, RI named Pascoag. David is the oldest boy of a family of 10. We have gone to the same church, grade school and high school and later after completing our military obligation we both married into the same family I have been married for 50+years and David for 40+ years. We have raised 5 children between us and now have 5 grandchildren between us being raised in Florida. David has always been a law abiding person and a hard worker in supporting his family and community.

During this length of time, David Lesperance demonstrates numerous qualities as a valuable person in our society. In addition to this, I have observed him being polite, hard-worker and also always willing to help when needed. David Lesperance is also an enthusiastic, sensible person in which I could always count on if needed. As a brother-in-law I couldn't ask for a better one.

I think this is a solid testimony of how David Lesperance is and his mental and moral qualities, and I hope you consider this reference letter when determining the outcome of this case.

In case you need any further information, please, do not hesitate to contact me.

Best regards,

Signature _William C Masse_ Date: 6-19-2023

Print Name William C Masse Sr.



To the Honorable Judge Bates,

I am writing, as the daughter of David Lesperance, to testify to his character, in hopes that it might help you to understand who he is to me, and to my children. If you are reading this, I assume he has been convicted and you now must determine his sentence. I am sure it is easy to imagine that I am so much like my father that I might align with him politically, but when it comes to politics, we rarely see eye-to-eye. Nevertheless, I firmly believe that my father is a wonderful person deserving of any leniency you are at liberty to consider.

As a daughter, I am no doubt biased, and I can tell you that, to me, my father was everything growing up. He was loving and supportive and as his only daughter, he treated me like royalty. We sang and played together when I was very young, and he would eagerly watch me model my mail hauls as a teen. He was an avid cheerleader at every soccer match, and sat there crying through my first vocal solo. He may seem stoic, but he is a true softy. He once purchased a shell necklace while on vacation and gave it to me, because, like Ariel, he wanted me to have my own voice. He still does, even if I am sometimes totally at odds with him.

As an adult, my father is just as eager to support and cheer me on. He flew to Michigan to help me scrape old wallpaper from my first home. He flew back up to watch my hooding for my doctorate, and beamed with pride. In both little and small ways, he is still an active father who is very much needed and appreciated in my life. When I was struggling with two babies at home, he would take me, and the wriggling babies, to lunch at least once per week. Those breaks, and contact with another adult, undoubtedly saved my sanity. He still rushes over to fix my air conditioning when I call and he still surprises me with thoughtful actions to show he is thinking of me. I suspect he will never stop.

When I was young, my father's care and protection extended to nearly every kid in our neighborhood. We lived near two single mothers, and my father fixed their bikes, made them dinner, and treated them all like family. I recall at least one year when we had to evacuate for a hurricane, and he helped both women pack up their children and pets, and led a caravan to safety. I mostly remember him having the patience of a saint, as they were both scared and neurotic and their children were as excited and alert as myself.

In addition to his attentiveness to our home life, my father ran his own business throughout my childhood and into the present day. He works harder than most people I've met, and in far more grueling conditions. When everyone else is indoors when it hits 95 degrees, he would be up in someone's attic sweating and miserable. He would take calls at all hours, because he was a one-man operation. I remember him coming home several times per day to shower so he could present himself professionally to clients despite the blistering conditions. He rarely complained. Even now, he struggles with chronic knee pain and still works as hard as he ever did. The pressure he felt, especially when I was younger and the income from his business fluctuated with the seasons, was enormous. Despite this, he was a proud man who provided an incredible life and numerous opportunities for myself and my younger brother. We had no idea how hard fought it all was.

I saved the best for last. My father is a ridiculously proud and emphatic pop-pop to my two children, ages nine and seven. From the moment my eldest was born, my father was smitten. He adores babies; further evidence that he is a true softie. He stared at each baby with utter awe and sometimes I still catch that look. With my son, ▮ he has inside jokes and he even coached his first t-ball team. With my daughter, ▮, he has an elaborate imaginative plan to build an ice castle in Antarctica. She has been saving her allowance for years to make this a reality, based on his stories from his Coast Guard days. He lights up when she improvises her songs and dances, or plans for the McDonalds they will put in their castle. He is the best pop-pop I could have asked for and my kids adore him as much as he does them.

I'll end this now, for fear I have already monopolized too much time. I'm sure you can see how important this is to me, and how vital he is to all of us. For me, this has been a long, hard, process full of conflict both internal and external. When they asked me for this letter I was flooded with emotions I had been trying to stuff down for months, and the reading of this letter means my biggest fears for my father were realized. I appreciate the chance to attest to his character as well as how much he means to me and my children. Thank you for your time and attention.

Sincerely,
Tegan Lesperance
Daughter of David Lesperance

*Tegan Lesp* (signature)

Keith Andrew Williams



To the Honorable Judge John Bates,

I am writing to offer my strongest testimony of character for David Lesperance, whom I have known for almost a decade. David is a remarkable individual who embodies the best qualities of a small business owner, father, and grandfather. His unwavering dedication to his country, church, and family is truly admirable and serves as an inspiration to all who know him.

As a small business owner, David is an entrepreneur who is always looking for ways to improve his HVAC business and serve his customers better. His professionalism and attention to detail are evident in every aspect of his work, and he is always willing to go above and beyond to ensure that his clients are satisfied. David's entrepreneurial spirit and work ethic are truly remarkable, and it is no surprise that his business has flourished under his leadership.

Beyond his professional achievements, David is a devoted family man who cherishes his role as a father and grandfather. He is a loving and supportive parent who has instilled the values of hard work, perseverance, and integrity in his children. As a grandfather, David is a constant source of love and encouragement for his grandchildren, and he always goes out of his way to spend time with them and make them feel special.

David is also a man of deep faith who is committed to his church and community. He is a regular attendee of his church and is actively involved in various community service projects. His unwavering faith and commitment to serving others are a testament to his character and values.

I cannot speak highly enough of David Lesperance. He is a remarkable individual who embodies the best qualities of a small business owner, father, grandfather, and community member. I am proud to call David my friend, and I know that anyone who has the privilege of working with him or knowing him has been impacted positively by his generosity, integrity, and kindness.

Sincerely,

Keith Andrew Williams

**MARY E. SERRE**



April 25, 2022

I am writing this letter regarding my older brother David Lesperance and the character of the man I know.

As I have stated, David is my older brother and this means that I have known him for all of my life. I am proud to call him my brother.

David is and always has been a great brother and friend. He is loving, hardworking, truthful, reliable, knowledgeable, and he is fun. My brother is a great husband to his wife, Carol, a great father to his children and a great Pop Pop to his grandchildren.

He is a very hands-on father. He was involved in little league and paintball for years with his son Josh. He has taught his son the ropes for the AC business he runs and his son will take over. He took in his daughter's friend when she had no where to go. He attended his daughter's recitals and cheered her along in her academics. She is now a Doctor! This speaks to the devotion he has as a father.

David is a Christian man and has attended his current church for many years. He does a lot of cooking of meals for church functions and attends church faithfully for worship and education.

David is a business owner. He helps people in his community with pro-bono work when times are hard.

David is a good neighbor. His house and property are always impeccably kept. He helps his neighbors in hard times and good times.

David is a man everyone would be blessed to know. I love him dearly.

Sincerely,

*Mary E. Serre*
Mary E. Serre, Sister

February 2, 2023

To Whom it may Concern,

My name is Patrick Gibbons and pleased to submit my association with David Lesperence and to offer my experience and understanding of his character. I have personally known David for ten years as my friend and business associate.

During the time that I have known David, he has shown character traits of honesty, reliability, trustworthiness and displays a high degree of integrity. In addition, David is a family man. His son works with him in the family-owned HVAC business. David's wife Carol owns a small business in town with whom I have a business relationship with. It is always a pleasure in dealing with David. He is always patient, caring, respectful and kind. It is easy to get things done with him.

Please do not hesitate to contact me if you should require any additional information.

Sincerely,

Patrick Gibbons
President, Gibbons Property Group Inc.

Honorable Judge Bates:

    Now that the jury has spoken it becomes your responsibility to determine the penalty in this case that serves the interest of Justice. My husband is a retired circuit judge from the state of Florida and I have watched him agonize over the proper sentence in many many cases. So, I am writing this letter to provide you with truthful insight into the character of these good people. I am doing this only to assist you in reaching your goal of Justice in every case.

    My background was working as a teacher in the Christian school system then after being part of mission trips into Haiti for 10 years I went into full time ministry as a missionary in Haiti and Dominican Republic for 15 years. I am now retired, living near my grandchildren. I have known David Lesperance and his family for almost 40 years. They were a big part of the life of our family. They became family to us. We attended the same church and I taught their daughter in school. We lived close by each other so our daily lives were entwined with theirs. I know that their reputation in our community for truthfulness and good character is beyond reproach. David is a gentle and kind man who loves his country and has always been a law abiding person.

    This whole ordeal has caused David and his family to suffer greatly. Not withstanding the verdict in this case he and his family will never be able to repair the damage that has been done to them. At the outset, he was arrested and dragged from his home in front of all his neighbors, handcuffed in front of his neighbors and taken to jail. He was scorned in the newspapers and on the news which characterized him as nothing less than a terrorist. All of this was a lie. He is far from any of that. He is a Man who loves God, his family and his country. By now judge you have actually seen David in person and probably heard him testify. I ask you judge, in your heart of hearts, 'does this man look like a threat to anyone' ?

    Since his arrest David has suffered serious health issues which almost took his life. These health issues affected his heart which required hospitalizations and surgery. His air conditioning business suffered because of his health issues and the publicity arising out of his arrest.

    Judge, I know that you have done your best to assure David a fair trial in this matter. Consistent with that goal I ask you to temper Justice with mercy in this case. I respectfully submit to you that the right thing to do in this case is to allow David to return to his family in Florida with no incarceration. My husband tells me that you have much discretion in this matter and that your reputation is one of a wise and independent judge. All of the statements set forth in this letter are absolutely true. I pray that you will take all of these facts into account in reaching a just decision in this case.

    Sincerely,
    Mary Ellen Richardson

## Fwd: Reference

From: Carol Lesperance

To:

Date: Saturday, July 8, 2023 at 06:51 AM EDT

Sent from my iPhone

Begin forwarded message:

> From: John Briody
> Date: July 6, 2023 at 11:11:37 AM EDT
> To:
> Subject: Fwd: Reference
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: John Briody
>> Date: July 5, 2023 at 12:12:24 PM EDT
>> To:
>> Subject: Reference
>>
>> To whom it may concern:
>> I am writing this letter on behalf of my friend Dave lesperance whom I've known now for over 10 years. I met Dave when I used his company to repair my a/c unit, and it was very clear to me at that time that Dave was a very honest man with a great deal of integrity, which is why it became very easy to become his friend, something I value very much. Dave is someone who always strives to do the right thing, there is no doubt in my mind that Dave's intentions at the capitol were strictly to witness americas freedom of election and choice and just wanted to see firsthand the inauguration. Dave is known in our community as someone who will always look out for you, help in anyway, and I have witnessed firsthand on many occasions his selflessness, he is definitely the type of person we could all be a little more like. I back David 100% a feel more then confident on saying that Dave is not what he's being portrayed as and continuing to do so is the true injustice
>> Sincerely John briody

3 July 2023

To Whom It May Concern

I am writing this letter because David Lesperance asked me to provide a character reference on his behalf. I met him when we were 6 years old and in the first grade at the Pascoag, RI Grammar School. I have known him for more than 60 years so I feel qualified to speak on his behalf in terms of character.

Throughout the time that I have known David, I have formed a very positive opinion of him. David has always been honest, helpful and intelligent.

Not only do I like David, I also respect him greatly. I felt honored to be asked to provide this character reference and hope that the information I provided helps you understand what an outstanding individual David really is. If I can be of further assistance, please call me at ▮▮▮ or contact me by email at ▮▮▮.

Regards,

*David J. Mello*

David Jesuino Mello

Federal Court
Washington, DC

To whom it may concern:

I have known David Lesperance since February 1, 1997. We met on the baseball field watching our son's baseball tryouts in the minor league division. How ironic that both Dave's son and mine were drafted to the same team, and we ended up as assistant coaches together.

I have known Dave for 27 years. Dave has owned and operated an air conditioning business for over 30 years. Dave is efficient and extremely competent. He always successfully finishes his tasks, such as service calls and installations, before the deadline.

Dave also has a good rapport with people of all ages. Dave has taught baseball to young children ages 7-17 and has coached little league baseball for at least 10 years. Dave's excellent communication skills allow him to connect with young children. I was on the little league board, and I know the parents and children liked him.

I would like to give a couple of examples of what our friendship means to me:

1. I had a flat tire one night at 9:30 pm. I have a back problem so I could not change my tire. I called Dave, and he came out and changed my tire for me. How many people would do that?

2. My air conditioning went out at my house, it was late, around 10 pm. Dave came out so I could have air conditioning that night and not have to wait until the next day.

Dave is more of a brother to me than a friend. We have met for lunch consistently for the last 27 years. We talk about our families, our grandchildren, and sports. Dave is a responsible, good person, who would do anything for you.

Thank you for your consideration.

Sincerely,

*Timothy Speanburg*
Timothy Speanburg

# Paula A Rego

May 6, 2023

Your Honor,

I am writing this letter as a character reference for my brother, David John Lesperance. He is the second born child of 9 children and I am his older sister. David and I are close in age and have been close friends since birth. Our family was a tightknit bunch and we were raised to be industrious, generous, caring and God fearing people. David attended Catholic elementary school and public high school and when he graduated from High School he proudly served his country in the US Coast Guard.

He married his high school sweetheart shortly after his discharge and together they established several successful businesses and were mostly self-employed for the rest of their working lives. David was very involved in the rearing of his two children and they have grown to be very successful, loving and productive adults. His grandchildren are his pride and joy and he loves visiting with them several days a week. He has demonstrated great care and concern for his neighbors and the needy in his area where he frequently prepares and serves meals at his home and church.

As far as I know, my brother has never been a trouble maker and has never damaged property or persons. He was raised to respect the rights and property of all people and to value life.

Thank you for reading this letter and I ask that you show him understanding and mercy.

Sincerely,

*Paula A Rego*
Paula A Rego

**William J. Lesperance**



May 3, 2023

I am writing this letter regarding my brother David Lesperance and the character of my older brother, friend, and person I look up to.

Growing up he was a great role model. I remember him playing music in the garage with his friends, he taught me things about working on cars, he was especially good at paint and body work.

I was a very proud little brother, especially seeing him in his Coast Guard uniform.

Years later we became partners in a pizza business, our dealings were always up front, honest, and trustworthy. I could not ask for a better business partner.

David is not only a great son to his parents, but a great parent himself, having two very smart and kind children who are successful and have a great work ethic just like there Dad. He is an awesome husband as well being married for over forty years. Also, he is a grandparent to 2 grandchildren, and he is a hands- on grandfather.

My brother David is also a business owner, a good Christian man, and is generous with his time in the community and neighborhood.

In conclusion David is a great man, and great brother and an example of work ethic and compassion for his fellow man, helping when he can and always being there for his family and friends.
Sincerely,

William J. Lesperance