UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-575 (JDB) |
| v. : | |
| : | |
| DAVID JOHN LESPERANCE, : | |
| CASEY CUSICK, and : | |
| JAMES VARNELL CUSICK, JR. : | |
| : | |
| **Defendants** : | |

UNITED STATES' NOTICE
OF SUPPLEMENTAL SENTENCING MATERIALS

In their sentencing memoranda (ECF Nos. 134, 135, 136), defendants contend, among other things, that (1) Guideline § 2B2.3 – not § 2A2.4 – governs their respective convictions for knowingly engaging in disorderly or disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2) (Count Two), *see, e.g.*, ECF No. 134 at 3-7; and (2) that restitution is "inapplicable" because "[m]erely seeing property destruction is insufficient for an assessment of restitution," *id.* at 8.

In response to these claims, at sentencing, the government expects to rely on the following materials, which the government hereby submits to the Court:

1. Exhibit 1: The transcript of the sentencing hearing in *United States v. Vargas*, No. 21-cr-47-RDM (D.D.C. Apr. 21, 2023), in which Judge Moss carefully considered and rejected another January 6 defendant's argument for applying Guideline § 2B2.3 to convictions under 18 U.S.C. § 1752(a)(2). *See United States v. Vargas*, No. 21-cr-47-RDM, Sent Tr. 6-24 (D.D.C. Apr. 21, 2023).[1]

---

[1] Access to the *Vargas* transcript is currently restricted on Pacer. Accordingly, the government will provide the transcript to the Court and defense counsel by email.

2.  Exhibit 2: A supplemental brief submitted by the government in *Vargas* addressing the same question. *See United States v. Vargas*, No. 21-cr-47-RDM, ECF No. 85 at 1-6 (D.D.C. Apr. 6, 2023).

3.  Exhibit 3: Documents supporting the PSRs' determination (*see, e.g.*, ECF No. 126 at ¶¶ 31, 125-126) that Congress sustained a loss of approximately $2,923,080.05 as a result of the January 6 attack:

**Damages to the Capitol Building and Grounds**

| | |
|---|---|
| Architect of the Capitol | $1,177,254.03 |
| House Chief Administrative Officer | $547,411.27 |
| Secretary of the Senate | $32,075.00 |
| Senate Sargent at Arms | $79,490.05 |
| Total | $1,836,230.35 |

**Damages Incurred by the United States Capitol Police Department**

| | |
|---|---|
| Continuation of Pay (COP)/Workers Comp and Medical Treatment; Lost and Damaged Property | $1,086,849.70 |

**Total**

| | |
|---|---|
| Total for both groups | $2,923,080.05 |

October 11, 2023

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Sonia W. Murphy*
SONIA W. MURPHY
D.C. Bar. No. 483072
Trial Attorney
United States Department of Justice, Civil Division
    Detailed to the D.C. U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 305-3067
smurphy4@usa.usdoj.gov

FRANCESCO VALENTINI
D.C. Bar No. 986769
Senior Counsel, Capitol Siege Section
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 598-2337
francesco.valentini@usdoj.gov