AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cr-575 (JDB) |
| LESPERANCE ET AL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS DAVID LESPERANCE< CASEY CUSICK < AND JAMES VARNELL CUSICK            .

Date:      10/12/2023                                            /s/ *Roger Roots*

Roger Roots Esq.
*Printed name and bar number*

John Pierce Law P.C.
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367

*Address*

RRoots@johnpiercelaw.com
*E-mail address*

(662) 665-1061
*Telephone number*

*FAX number*